IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GREGG W. PAULSON | § | |
| VS. | § | CIVIL ACTION NO. 6:22cv002 |
| BRYAN COLLIER, ET AL. | § | |

## ORDER

Before the Court is Plaintiff's unopposed motion for an extension of time, (Dkt. #113), in which to file a response to Defendants' motion for summary judgment filed on July 31, 2025, (Dkt. #112). Counsel for the Plaintiff explains that the motion is unopposed and necessary because of delays in obtaining deposition transcripts for the response as well as his case load and other obligations—requesting a short deadline of September 2, 2025. The motion is reasonable. Therefore, it is

**ORDERED** that Plaintiff's unopposed motion for an extension of time, (Dkt. #113), is **GRANTED** to the extent that Plaintiff shall file his response no later than September 2, 2025.

So ORDERED and SIGNED this 20th day of August, 2025.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE